# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOSEPH WAREHAM, | ) | |
|---|---|---|
| | ) | Civil Action No. 2: 13-cv-0188 |
| Plaintiff, | ) | |
| | ) | United States District Judge |
| v. | ) | Arthur J. Schwab |
| | ) | |
| PENNSYLVANIA DEPARTMENT OF | ) | United States Magistrate Judge |
| CORRECTIONS, et al.., | ) | Cynthia Reed Eddy |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Defendants Doctor Joseph Mollura and Prison Health Systems filed a Motion for Summary Judgment (Document No. 88). On June 23, 2014, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 102) recommending that summary judgment be granted in its entirety. The parties were served with the Report and Recommendation and advised that they had until July 10, 2014, to file written objections to the Report and Recommendation. To date, no objections have been filed nor have any requests for an extension of time in which to file objections been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 15th day of July, 2014:

1. The Motion for Summary Judgment filed by Defendants Dr. Joseph Mollura and Prison Health Systems is **GRANTED** in its entirety.

2. **IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 102) dated June 23, 2014, is **ADOPTED** as the Opinion of the Court.

So **ORDERED** this 15th day of July, 2014:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc:   JOSEPH WAREHAM
      108 James Avenue
      Interlachen, FL 32148-4104

      Mary Lynch Friedline
      Office of Attorney General
      Email: mfriedline@attorneygeneral.gov

      Sandra K. Kozlowski
      Office of Attorney General
      Email: skozlowski@attorneygeneral.gov

      J. Eric Barchiesi
      Law Offices of Bernard J. Kelly
      Email: eric.barchiesi@aig.com