IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOSEPH WAREHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 2:13-cv-0188 |
| v. | ) | United States Court Judge |
| | ) | Arthur J. Schwab |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant. | ) | |

## Order of Court

And now, this 21st day of October, 2014, for the reasons set forth in the accompanying Memorandum Opinion, it is HEREBY ORDERED that:

(1) Plaintiff's Motion(s) for Reconsideration (doc. nos. 140 and 142) are GRANTED in PART and DENIED in PART. The Motion(s) are GRANTED only to the extent that Plaintiff seeks this Court to vacate the awards of costs in the amount of $1,731.90. In all other respects, Plaintiff's Motion(s) are DENIED.

**SO ORDERED** this 21st day of October, 2014.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties